UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JOHN JOHNSON,  Civil No. 21-1977 (JRT/TNL)

    Plaintiff,

v.  **ORDER OF DISMISSAL**

LOANCARE, LLC,

    Defendant.

---

Jenna Dakroub, **PRICE LAW GROUP, APC,** 8245 North 85th Way, Scottsdale, AZ 85258, for plaintiff.

Susan Elizabeth Flint, **TROUTMAN PEPPER HAMILTON AND SANDERS,** 301 South College Street, 34th Floor, Charlotte, NC 28202, for defendant.

The parties have filed a Stipulation of Dismissal in this case. (ECF No. 46)

Based upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that these cases are hereby **DISMISSED WITH PREJUDICE** and with each party to bear its own costs disbursements, and attorney's fees.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

| | |
|---|---|
| Dated: October 25, 2022<br>At Minneapolis, Minnesota | s/John R. Tunheim<br>JOHN R. TUNHEIM<br>United States District Judge |